IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:24cr238 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| LEO M. HOLLOWAY, | : | |
| **Defendant** | : | |

............................................................................................................

## ORDER

**AND NOW**, to wit, this 21st day of October 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that Defendant Leo M. Holloway's motion to suppress physical evidence and statements, (Doc. 28), is **DENIED**. By way of separate order, this matter will be scheduled for trial.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court